1  Susan J. Olson, SBN 152467
   E-mail: susan.olson@bullivant.com
2  C. Todd Norris, SBN 181337
   E-mail: todd.norris@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108-2823
   Telephone:   (415) 352-2700
5  Facsimile:   (415) 362-2701

6  Attorneys for Plaintiff the Board of Trustees
   for the Laborers Health and Welfare Trust
7  Fund For Northern California

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

The BOARD OF TRUSTEES for the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,

Plaintiff,

v.

JEANNE L. HILL, an individual, and DOES 1-10, inclusive,

Defendants.

CV 07 - 5849

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other then the named parties, there is no such interest to report.

DATED: November 16, 2007

BULLIVANT HOUSER BAILEY PC

By _____
   Susan J. Olson
   C. Todd Norris

Attorneys for Plaintiff the BOARD OF TRUSTEES For The LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA

6089724.1

— 1 —

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS