**John P. Kelley #168904**
LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**
833 MISTLETOE LANE
POST OFFICE DRAWER 492170
REDDING, CALIFORNIA 96049-2170
(530) 221-8150
FAX (530) 221-7963
John@Reddinglaw.com

Attorneys for Defendant
JEANNE L. HILL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES for the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>  Plaintiff.<br><br>v.<br><br>JEANNE L. HILL, an individual and DOES 1-10, inclusive,<br><br>  Defendants.<br>_____/ | Case No. 07-5849 CW<br><br>[Fed. R. Civ. P., Rule 12(b(6)]<br>[Fed. R. Civ. P., Rule 12(f)]<br><br>CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other then the named parties, there is no such interest to report.

DATED: January 29, 2008          HALKIDES, MORGAN & KELLEY


                                 BY:  /s/ JOHN P. KELLEY
                                      JOHN P. KELLEY
                                      Attorney for Defendant
                                      JEANNE L. HILL

1