UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Board of Trustees for the Laborers Health
and Welfare Trust Fund for Northern CA            Case No. 4:07-cv-05849-CW
          Plaintiff(s),
                                                ADR CERTIFICATION BY PARTIES
                                                AND COUNSEL
      v.
Jeanne L. Hill

          Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2-5-08

                                                                                      Edward J. Smith
                                                                                     [Party]

Dated: 2/4/08

                                                                                     [Counsel]
                                                                                     Plaintiff

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|