IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR LABORS HEALTH & WELFARE FUND,<br><br>       Plaintiff,<br><br>   v.<br><br>JEANNE L. HILL,<br><br>       Defendant._____/ | No. C 07-05849 CW<br><br>AMENDED CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

   Notice is hereby given that the Case Management Conference, previously set for February 26, 2008, is continued to **March 18, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 2/7/08

                                        *Sheilah Cahill*
                                        _____
                                        SHEILAH CAHILL
                                        Deputy Clerk