UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES )
)
) CASE NO.: C-07-5849 CW
Plaintiff(s), )
) CONSENT TO PROCEED
) BEFORE A UNITED STATES
v. ) MAGISTRATE JUDGE
)
JEANNE L. HILL )
)
Defendant(s). )
)

In accordance with the provisions of 28 U.S.C. Section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: 3-25-08

Attorney for Defendant Hill

DECLINATION

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrte Judge for trial

Dated: _____

Attorney for _____