Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
C. Todd Norris, SBN 181337
E-mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108-2823
Telephone: (415) 352-2700
Facsimile: (415) 362-2701

Attorneys for Plaintiff the Board of Trustees
for the Laborers Health and Welfare Trust
Fund For Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| The BOARD OF TRUSTEES for the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE L. HILL, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 07-5849 CW<br><br>**STIPULATION AND CONDITIONAL CONSENT TO PROCEED BEFORE MAGISTRATE FOLLOWING RULINGS ON DISPOSITIVE MOTIONS** |

At the March 18, 2008 case management conference for this matter, the Court requested that the parties reconsider the possibility of consenting to proceed before a United States Magistrate Judge. Among other possibilities to consider, the Court suggested that the parties might stipulate to proceed before a United States Magistrate Judge in the event that the case is not disposed of by the Court's rulings on the parties' anticipated cross motions for summary judgment.

Accordingly, plaintiff hereby stipulates that if, following the Court's rulings on the parties' anticipated cross motions for summary judgment, any portion of this case still remains to be resolved, plaintiff will and hereby does consent to proceed before a United States

1  Magistrate Judge for further proceedings consistent with the Court's rulings and orders on the
2  parties' motions for summary judgment, including trial and an order of final judgment.
3      Nothing in this stipulation shall be deemed as a waiver of plaintiff's rights to appeal the
4  Court's rulings on the parties' cross motions for summary judgment, or any other right of appeal.
5  DATED: March 31, 2008      BULLIVANT HOUSER BAILEY PC

By _____
    Susan J. Olson
    C. Todd Norris

Attorneys for Plaintiff the BOARD OF TRUSTEES For The LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA

*****

10487211.1

---

2

STIPULATION AND CONDITIONAL CONSENT TO PROCEED