# UNITED STATES DISTRICT COURT

### Northern District of California

| Board of Trustees for the Laborers Health and Welfare,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>Hill,<br><br>　　　　　Defendant(s). | 07-05849 CW MED<br><br>**Notice of Appointment of Mediator** |
|---|---|

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Rebecca Hull**
> Sedgwick, Detert, Moran & Arnold LLP
> One Market Plaza, Steuart Tower, 8th Floor
> San Francisco, CA 94105
> 415-627-1565

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
07-05849 CW MED　　　　　　　　　　　- 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

3

4 Dated: April 9, 2008

                                     RICHARD W. WIEKING
                                     Clerk
                                     by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05849 CW MED                 - 2 -