IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

    Plaintiff,

  v.

JEANNE L. HILL,

    Defendant.
_____/

No. C 07-05849 CW

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

    On March 25, 2008, Defendant filed a Consent to Proceed Before a United States Magistrate for all further proceedings. On March 31, 2008, Plaintiff filed a Stipulation and Conditional Consent to Proceed Before Magistrate Following Rulings On Dispositive Motions. Accordingly,

    Pursuant to Local Rule 72-1 and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case will be referred for trial to a Magistrate Judge **after this Court rules on the dispositive motions currently sent for November 13, 2008. The pretrial conference set for March 31, 2009 and the court trial set for April 13, 2009, are vacated**.

Dated: 4/10/08

                                                      /s/ Claudia Wilken
                                                      CLAUDIA WILKEN
                                                      United States District Judge

cc: Wings