1 | Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
2 | C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
3 | BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
4 | San Francisco, California 94108
Telephone: 415.352.2700
5 | Facsimile: 415.352.2701

6 | Attorneys for Plaintiff The Board of Trustees
for the Laborers Health and Welfare Trust
7 | Fund for Northern California

8

9

10

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

12 | THE BOARD OF TRUSTEES for the
LABORERS HEALTH AND WELFARE
13 | TRUST FUND FOR NORTHERN
CALIFORNIA,
14 |
                    Plaintiff,
15 |
           vs.
16 |
17 | JEANNE L. HILL, an individual, and DOES 1
- 10, inclusive,
18 |
                    Defendants.

Case No.: 07-5849 CW

**STIPULATION AND ORDER
ENLARGING TIME TO MEDIATE**

19

20 | WHEREAS the parties attended the mandatory ADR conference on May 9, 2008 with

21 | the court appointed mediator for this case,

22 | WHEREAS the parties were unable to find a date for mediation that could accommodate

23 | their need to complete pending discovery concerning defendant's financial condition as well as

24 | the schedule of the court appointed mediator,

25 | WHEREAS the parties have not previously asked the court for additional time to

26 | mediate, and

27 | WHEREAS the new deadline to complete mediation requested herein will not affect any

28 | of the other deadlines set by the court in this case,

— 1 —

1    NOW THEREFORE, it is hereby stipulated and agreed by the parties, through their

2  counsel, that the deadline to complete mediation in this case should be extended from the

3  current deadline of June 18, 2008 to the new deadline of **July 31, 2008.**

4

5  DATED: May 12, 2008

6                                              BULLIVANT HOUSER BAILEY PC

7

8                                              By
                                                   Susan J. Olson
                                                   C. Todd Norris

9

10                                             Attorneys for Plaintiff The Board of Trustees for
                                               the Laborers Health and Welfare Trust Fund for
11                                             Northern California

12  DATED: May 12, 2008

13                                             HALKIDES, MORGAN & KELLEY

14

15                                             By
                                                   G. Dennis Halkides
16                                                 John P. Kelley

17                                             Attorneys for Defendant Jeanne L. Hill

18

19                                             **ORDER**

20        SO ORDERED.

21

22  DATED: _____        _____
                                               United States District Court Judge
23  10557142.1

24

25

26

27

28

— 2 —

STIPULATION AND ORDER ENLARGING TIME TO MEDIATE Case No.: 07-5849 CW