1  Susan J. Olson, SBN 152467
   E-Mail: susan.olson@bullivant.com
2  C. Todd Norris, SBN 181337
   E-Mail: todd.norris@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff The Board of Trustees
   for the Laborers Health and Welfare Trust
7  Fund for Northern California

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12 | THE BOARD OF TRUSTEES for the        | Case No.: 07-5849 CW
   | LABORERS HEALTH AND WELFARE         |
13 | TRUST FUND FOR NORTHERN             | **STIPULATION AND ORDER
   | CALIFORNIA,                         | ENLARGING TIME TO MEDIATE**
14 |                                      |
   |            Plaintiff,                |
15 |                                      |
   |      vs.                             |
16 |                                      |
   | JEANNE L. HILL, an individual, and DOES 1
17 | - 10, inclusive,                     |
   |                                      |
18 |            Defendants.               |

19

20      WHEREAS the parties attended the mandatory ADR conference on May 9, 2008 with

21 the court appointed mediator for this case,

22      WHEREAS the parties were unable to find a date for mediation that could accommodate

23 their need to complete pending discovery concerning defendant's financial condition as well as

24 the schedule of the court appointed mediator,

25      WHEREAS the parties have not previously asked the court for additional time to

26 mediate, and

27      WHEREAS the new deadline to complete mediation requested herein will not affect any

28 of the other deadlines set by the court in this case,

– 1 –
STIPULATION AND ORDER ENLARGING TIME TO MEDIATE Case No.: 07-5849 CW

1   NOW THEREFORE, it is hereby stipulated and agreed by the parties, through their
2   counsel, that the deadline to complete mediation in this case should be extended from the
3   current deadline of June 18, 2008 to the new deadline of **July 31, 2008**.

DATED: May 12, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
C. Todd Norris

Attorneys for Plaintiff The Board of Trustees for the Laborers Health and Welfare Trust Fund for Northern California

DATED: May 12, 2008

HALKIDES, MORGAN & KELLEY

By _____
G. Dennis Halkides
John P. Kelley

Attorneys for Defendant Jeanne L. Hill

**ORDER**

SO ORDERED.

DATED: 5/16/08    _____
United States District Court Judge

10557142.1