Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff The Board of Trustees
for the Laborers Health and Welfare Trust
Fund for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES for the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JEANNE L. HILL, an individual, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: 07-5849 CW<br><br>**NOTICE OF ORDER ENLARGING TIME TO MEDIATE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 16, 2008, the Court entered the attached Order Enlarging Time to Mediate.

DATED: May 19, 2008

BULLIVANT HOUSER BAILEY PC

By _____/s/ Susan J. Olson_____
Susan J. Olson
C. Todd Norris

Attorneys for Plaintiff The Board of Trustees for the Laborers Health and Welfare Trust Fund for Northern California

10568605.1

– 1 –
NOTICE OF ORDER ENLARGING TIME TO MEDIATE
Case No.: 07-5849 CW

```
1  Susan J. Olson, SBN 152467
   E-Mail: susan.olson@bullivant.com
2  C. Todd Norris, SBN 181337
   E-Mail: todd.norris@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff The Board of Trustees
   for the Laborers Health and Welfare Trust
7  Fund for Northern California
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES for the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JEANNE L. HILL, an individual, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: 07-5849 CW<br><br>**STIPULATION AND ORDER ENLARGING TIME TO MEDIATE** |

WHEREAS the parties attended the mandatory ADR conference on May 9, 2008 with the court appointed mediator for this case,

WHEREAS the parties were unable to find a date for mediation that could accommodate their need to complete pending discovery concerning defendant's financial condition as well as the schedule of the court appointed mediator,

WHEREAS the parties have not previously asked the court for additional time to mediate, and

WHEREAS the new deadline to complete mediation requested herein will not affect any of the other deadlines set by the court in this case,

-1-

STIPULATION AND ORDER ENLARGING TIME TO MEDIATE Case No.: 07-5849 CW

1  NOW THEREFORE, it is hereby stipulated and agreed by the parties, through their
2  counsel, that the deadline to complete mediation in this case should be extended from the
3  current deadline of June 18, 2008 to the new deadline of **July 31, 2008**.

5  DATED: May 12, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
C. Todd Norris

Attorneys for Plaintiff The Board of Trustees for the Laborers Health and Welfare Trust Fund for Northern California

12  DATED: May 12, 2008

HALKIDES, MORGAN & KELLEY

By _____
G. Dennis Halkides
John P. Kelley

Attorneys for Defendant Jeanne L. Hill

**ORDER**

20  SO ORDERED.

22  DATED: 5/16/08

_____
United States District Court Judge

23  10557142.1

—2—
STIPULATION AND ORDER ENLARGING TIME TO MEDIATE Case No.: 07-5849 CW

## PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On May 20, 2008, I served the document(s) entitled:

## NOTICE OF ORDER ENLARGING TIME TO MEDIATE

upon the following party(ies):

| | |
|---|---|
| G. Dennis Halkides<br>John P. Kelley<br>Halkides, Morgan & Kelley<br>833 Mistletoe Lane<br>Post Office Drawer 492170<br>Redding, California 96049-2170<br>Phone: (530) 221-8150<br>Fax: (530) 221-7963<br>***Attorneys for Defendant*** | Rebecca A. Hull<br>Sedgwick Detert Moran & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Phone (415) 781-7900<br>Fax: (415) 781-2635<br><br>***Mediator*** |

(X)   BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

( )   BY FACSIMILE TRANSMISSION (CCP § 1013(e), CRC 2008(e)): I transmitted the document(s) by facsimile transmission by placing it(them) in a facsimile machine (telephone number (415) 352-2701) and transmitting it(them) to the facsimile machine telephone number(s) listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

( )   BY OVERNIGHT DELIVERY (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

( )   BY PERSONAL SERVICE UPON AN ATTORNEY (CCP § 1011(a)): I caused to be placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered by each of said envelope(s) by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

– 2 –

1  ( )  <u>BY HAND</u>  Pursuant to Code of Civil Procedure § 1011, I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date. A proof of service by hand executed by the courier shall be filed/lodged with the court under separate cover.

( )  <u>BY PERSONAL SERVICE UPON A PARTY</u> (CCP § 1011(b)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2008, at San Francisco, California.

*[signature]*
Annette M. Pena

*****

10569175.1

PROOF OF SERVICE