UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES for the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>JEANNE L. HILL, an individual and DOES 1-10, inclusive<br><br>　　　　Defendant(s). | CASE NO. C 07 5849 CW<br><br>CERTIFICATION OF ADR SESSION |

*Instructions*:  The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) <u>July 9, 2008</u>

2. Did the case settle?　　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

　　☐ another session scheduled for (date) _____

　　☐ phone discussion expected by (date) _____

　　☒ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: July 22, 2008

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　**Mediator, Rebecca Hull**
　　　　　　　　　　　　　　　　Sedgwick, Detert, Moran & Arnold
　　　　　　　　　　　　　　　　One Market Plaza, Steuart Tower, 8th Floor
　　　　　　　　　　　　　　　　San Francisco, CA  94105

-1-　　　　　　　　　　　　　　CASE NO. C 07 5849 CW

SF/1525643v1

**Certification of ADR Session**
C 07 5849 CW